SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH PERFORMANCE ELECTRIC, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 15-CV-02084-NC<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: August 5, 2015<br>Time: 10:00 A.M.<br>Place: Courtroom 7, 4th Floor |

Plaintiffs in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. This matter has settled. Plaintiffs are waiting for Defendants to return signed settlement documents.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until October 7, 2015. Settlement negotiations have been completed. Plaintiffs are waiting for Defendants to return signed settlement

1

documents. Settlement documents will include a stipulation and request for conditional dismissal based on a payment schedule. Plaintiffs expect to receive and file settlement documents within the next 21 days. Therefore, Plaintiffs request that the case be continued until October 7, 2015, for another Case Management Conference.

Respectfully submitted,

Dated: July 29, 2015

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to October 7, 2015, at 10:00 A.M., in Courtroom 7, 4th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference. Defendant must file a consent or declination no later than August 21, 2015.

Dated: July 29, 2015

_____
JUDGE OF THE U.S. DISTRICT COURT

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA