UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD PFEIFFER, et al.,

        Plaintiffs,

   v.

HIGH PERFORMANCE ELECTRIC, INC.,

        Defendant.

Case No.15-cv-02084-NC

**ORDER DIRECTING PLAINTIFFS TO MOVE FOR DEFAULT AND DEFAULT JUDGMENT**

Plaintiffs move for entry of judgment against defendant to enforce the settlement agreement and stipulation between the parties. Dkt. No. 14. In the underlying action, defendant did not appear or answer the complaint. Thus, the Court finds that plaintiffs' motion is governed by Federal Rule of Civil Procedure 55 governing default judgment.

By April 15, 2016, plaintiffs must move for entry of default under Rule 55(a) with the Court, then move for default judgment under Rule 55(b). Plaintiffs' motion should address the factors set out in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Defendant will have 14 days to oppose plaintiffs' motion for default judgment.

**IT IS SO ORDERED.**

Dated: April 7, 2016

                                                   _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-02084-NC